RECEIVED IN
The Court of Appeals
Sixth District

OCT 2 3 2015

Texarkana, Texas
Debra Autrey, Clerk

FILED IN
The Court of Appeals
Sixth District

OCT 2 3 2015

Texarkana, Texas
Debra K. Autrey, Clerk

**CAUSE NO. 06-15-00074-CV**

## DON A. WADE
**Appellant**

v.

## HOUSEHOLD FINANCIAL CORPORATION III
**Appellee**

## APPELLANT'S MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

Don A. Wade, Appellant, moves this Court to grant an extension of time to file Appellant's Brife, and respectfully states:

1.    Appellant's Brief is due on October 21, 2015, however, Appellant has not had adequate time to research the records.

2.    Appellant seeks a thirty day extension of time to file Appellant's Brief from the due date, which would make Appellant's Brief due on or before November 21, 2015.

3.    This extension of time is necessary because Appellant requires time to examine the records and transcript and study the defenses.

4.    This is the first extension of time Appellant has sought for the filing of his brief.

For this reason, Don A. Wade requests that this court render an order extending the time for filing Appellant's Brief to and including November 21, 2015.

_____
Don A. Wade

## CERTIFICATE OF CONFERENCE

On October 20, 2015, an attempt was made to confer with Sarah S. Robbins attorney for Appellee, in order to confer as to the extension, but was unable to reach Ms. Robbins.

_____
Don A. Wade

## CERTIFICATE OF SERVICE

On October 20, 2015, a copy of the attached motion for extension of time was sent by U. S. Postal Service to:

Sarah S. Robbins
Hughes Watters & Askanase, LLP
333 Clay Street
Houston, Texas 77002

_____